# United States District Court Violation Notice

CVB Location Code: EV12

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4411590 | MULLIGAN | 221 |

4411590

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12-15-2014/0845 | 32 CFR 634.25 (F) VSC 46.2-300 |

Place of Offense: KINGMAN GATE ; JJ KINGMAN ROAD

Offense Description: Factual Basis for Charge — HAZMAT ☐
DRIVING WITHOUT A VALID OPERATOR'S LICENSE

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | RONALD | C. |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| AJ1860 | IN | 07 | CADILLAC STS | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 105.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 130.00 Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 COURTHOUSE SQUARE ALEXANDRIA, VA

Date (mm/dd/yyyy): 02-18-15

Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 15 DECEMBER, 20 14 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

WHILE CONDUCTING TRAFFIC ENFORCEMENT, I WAS DISPATCHED TO ~~[illegible]~~ NOW KINGMAN GATE FOR REPORT OF OPERATOR ATTEMPTING ENTRY WITH EXPIRED PLATES. UPON ARRIVAL ACTIVATED MY EMERGENCY EQUIPMENT BEHIND A SINGLE 2007 CADILLAC SEDAN, INDIANA # AJ1860, STATUS BY VIN # SHOWED SAME TO BE VALID. DRIVER WAS IDENTIFIED BY HIS INDIANA DRIVER'S LICENSE TO BE MR. SMITH, A CHECK OF VCIN/NCIC SHOWED SAME TO BE SUSPENDED IN INDIANA WITH NO HISTORY IN VIRGINIA.

VEHICLE WAS RELEASED TO A VALID OPERATOR.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12-15-2014 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident